IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO.  3:23-PO-063 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | INFORMATION |
| | : | |
| JACOB CONNER, | : | 18 U.S.C. § 1382 |
| | : | 18 U.S.C. §§ 7 & 13 |
| Defendant. | : | O.R.C. § 2925.14(C)(1) |
| | : | |

---

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT 1

(18 U.S.C. § 1382)

On or about June 2, 2023, in the Southern District of Ohio, within the jurisdiction of the United States, the Defendant, **JACOB CONNER**, did go upon Wright-Patterson Air Force Base, a military installation, for a purpose prohibited by law and lawful regulation.

In violation of 18 U.S.C. § 1382.

### COUNT 2

(18 U.S.C. §§ 7 & 13 and O.R.C. § 2925.14(C)(1))

On or about June 2, 2023, at Wright-Patterson Air Force Base, in the Southern District of Ohio, within the special maritime and territorial jurisdiction of the United States, on land acquired for the use of the United States and under the exclusive or concurrent

jurisdiction thereof, the Defendant, **JACOB CONNER**, did knowingly use, and possess with purpose to use, drug paraphernalia.

In violation of 18 U.S.C. §§ 7 & 13 and O.R.C. § 2925.14(C)(1).

KENNETH L. PARKER
United States Attorney

JAMES W. KITCHEN
Special Assistant United States Attorney
